FILED

OCT 27 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10520 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-02816-JMR |
| v. | |
| SERGIO SANTOS-BERNAL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John M. Roll, District Judge, Presiding

Submitted October 25, 2011[**]

Before:     TROTT, GOULD, and RAWLINSON, Circuit Judges.

Sergio Santos-Bernal appeals from his guilty-plea conviction and 52-month

sentence for reentry after deportation, in violation of 8 U.S.C. § 1326.  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Santos-Bernal's counsel has filed a

brief stating that there are no grounds for relief, along with a motion to withdraw

_____

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

as counsel of record.  We have provided Santos-Bernal with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**